

RECEIVED
2009 DEC 31 P 3:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

DEC 3 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) [Plaintiff] ) | |
| ) | Case # 09-00928-JF |
| ) | Case # 09-CV-04085MHP |
| VS. ) | Case # CR 09-70796RS |
| ) | Case # _______________ |
| SETH SUNDBERG AKA ) | JUDGE- JEREMY FOGEL |
| [Defendant] ) | JUDGE- HOWARD R. LLOYD |
| ) | JUDGE- RICHARD SEEBORG |
| ) | JUDGE- MARILYN HALL PATEL |
| ) | CLERK- RICHARD W. WIEKING |

## NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY, NOTICE OF RESCISSION OF SIGNATURE, AND NOTICE TO CEASE AND DESIST

In the Common Law and for the record, KNOW ALL MEN BY THESE PRESENTS:

Now comes the real party of interest, Seth-Cameron [house of Sundberg ], herein Grantor and Settlor of an implied trust (hereinafter "Grantor" or Settlor"), commonly known as case # 09-00928-JF, 09-CV-04085MHP, CR 09-70796RS , created through UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION, securitized by debt and private equity instrument(s) as evidenced by CUSIP numbers 315912105 of Fund FTHRX (Fidelity Intermediate Bond Fund); CUSIP # 316345206 FBALX (Fidelity Balanced Fund) Fund #304; 316390830 FSTCX (Fidelity Select Telecommunications Portfolio) Fund #96.

I, Seth-Cameron [house of Sundberg ], am of age and competent to testify with First-Hand-Knowledge, with all rights reserved without prejudice, with a real interest in the matter, am not the DEFENDANT, defendant or Defendant, am a Living-Breathing-Soul, in peace, an injured creditor, within time, free sovereign, inhabitant on the Land, creation of Elohim, YHWH, and of no entity, in good faith, without argument, without representation, without



prejudice, am not a trust, am not the foreign situs trust titled "Seth C. Sundberg ", or "SETH CAMERON SUNDBERG ", am not the cestui que trust titled "SETH C SUNDBERG ".

## NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY

IT IS DECLARED, that I, Seth-Cameron [house of Sundberg ], (hereinafter known as 'Grantor'), do hereby declare all Powers of Attorney disclosed and undisclosed, by, for, and with, these sole and aggregate corporations, trusts, agencies and agents, subsidiaries, representatives and employees, thereof, and by which each undersigned constituted attorney for the purpose set forth in said powers of attorney through all contracts with the corporations of the "COUNTY OF SAN MATEO, INC." and the "COUNTY OF SANTA CLARA, INC." and the "STATE OF CALIFORNIA, INC." and the "UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION" and the "INTERNAL REVENUE SERVICE" and the "CALIFORNIA DEPARTMENT OF REVENUE" and entities listed below, including but not limited to 'license' to marry, 'certificate' of property 'title' and 'certificate' of birth, inferred and implied, where licenses are voluntary and certificates are by color of title and law, to be wholly **revoked, extinguished, rescinded, cancelled, abrogated, obliterate, made null and void ab initio**, and as declared and attested to on this date of December 30, 2009 in the year of our Lord YHWH, and by the Grantor, and with praise to the goodness of my creator as so named:

1.) The "COUNTY OF SAN MATEO, INC."
2.) The "SAN MATEO COUNTY SUPERIOR COURT, INC"
3.) The "SAN MATEO COUNTY MUNICIPAL COURT, INC"
4.) The "SAN MATEO COUNTY PROBATE COURT, INC"
5.) The "COUNTY OF SANTA CLARA, INC."
6.) The "SANTA CLARA COUNTY SUPERIOR COURT, INC"
7.) The "SANTA CLARA COUNTY MUNICIPAL COURT, INC"
8.) The "SANTA CLARA COUNTY PROBATE COURT, INC"
9.) The "UNITED STATES DISTRICT COURT"
10.) The "UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION"
11.) The "UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION"
12.) The "UNITED STATES OF AMERICA, INC."
13.) The "DEPARTMENT OF THE UNITED STATES TREASURY, INC."
14.) The "INTERNAL REVENUE SERVICE, INC."
15.) The "STATE OF CALIFORNIA, INC."
16.) The "FEDERAL TRADE COMMISSION, INC."
17.) The "UNITED STATES DEPARTMENT OF TRANSPORTATION"
18.) The "UNITED STATES DEPARTMENT OF ADMINISTRATION"
19.) The "UNITED STATES DEPARTMENT OF AGING"
20.) The "UNITED STATES DEPARTMENT OF AGRICULTURE"
21.) The "UNITED STATES DEPARTMENT OF BANKING"
22.) The "UNITED STATES DEPARTMENT OF BUSINESS"
23.) The "UNITED STATES DEPARTMENT OF BUDGET"
24.) The "UNITED STATES DEPARTMENT OF BORDER CONTROL"
25.) The "UNITED STATES DEPARTMENT OF HOMELAND SECURITY"
26.) The "UNITED STATES DEPARTMENT OF BANKRUPTCY"
27.) The "UNITED STATES DEPARTMENT OF BANKING AND INSURANCE"
28.) The "UNITED STATES DEPARTMENT OF BHANGRA"
29.) The "UNITED STATES DEPARTMENT OF CORRECTIONS"
30.) The "UNITED STATES DEPARTMENT OF CUSTOMS"
31.) The "UNITED STATES DEPARTMENT OF CONSUMER AFFAIRS"
32.) The "UNITED STATES DEPARTMENT OF COMMERCE"
33.) The "UNITED STATES DEPARTMENT OF DEFENSE"

55 75 378 44

34.) The "UNITED STATES DEPARTMENT OF ENERGY"
35.) The "UNITED STATES DEPARTMENT OF EDUCATION"
36.) The "UNITED STATES DEPARTMENT OF FORESTRY"
37.) The "UNITED STATES DEPARTMENT OF FISH AND WILDLIFE"
38.) The "UNITED STATES DEPARTMENT OF FOREIGN AFFAIRS"
39.) The "UNITED STATES DEPARTMENT OF FINANCE"
40.) The "UNITED STATES DEPARTMENT OF FOOD AND DRUG ADMINISTRATION"
41.) The "UNITED STATES DEPARTMENT OF FOREIGN SERVICE"
42.) The "UNITED STATES DEPARTMENT OF FEDERAL STUDENT AIDE"
43.) The "UNITED STATES DEPARTMENT OF GRANTS"
44.) The "UNITED STATES DEPARTMENT OF GOVERNMENT"
45.) The "UNITED STATES DEPARTMENT OF GENERAL SERVICES"
46.) The "UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES"
47.) The "UNITED STATES DEPARTMENT OF HIGHWAYS"
48.) The "UNITED STATES DEPARTMENT OF HIGHWAY SAFETY"
49.) The "UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT"
50.) The "UNITED STATES DEPARTMENT OF IMMIGRATION"
51.) The "UNITED STATES DEPARTMENT OF INTERIOR"
52.) The "UNITED STATES DEPARTMENT OF INSURANCE"
53.) The "UNITED STATES DEPARTMENT OF INTERNAL AFFAIRS"
54.) The "UNITED STATES DEPARTMENT OF THE INTERIOR"
55.) The "UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF INDIAN AFFAIRS"
56.) The "UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT"
57.) The "UNITED STATES DEPARTMENT OF INTERIOR GEOLOGICAL SURVEY"
58.) The "UNITED STATES DEPARTMENT OF INTERNAL FISH AND WILDLIFE"
59.) The "UNITED STATES DEPARTMENT OF JUSTICE"
60.) The "UNITED STATES DEPARTMENT OF MOTOR VEHICLES"
61.) The "UNITED STATES DEPARTMENT OF MENTAL HEALTH"
62.) The "UNITED STATES DEPARTMENT OF MINES"
63.) The "UNITED STATES DEPARTMENT OF MINT"
64.) The "UNITED STATES DEPARTMENT OF MILITARY"
65.) The "UNITED STATES DEPARTMENT OF MILITARY AFFAIRS"
66.) The "UNITED STATES DEPARTMENT OF MEDICARE"
67.) The "UNITED STATES DEPARTMENT OF MANAGEMENT AND BUDGET"
68.) The "UNITED STATES DEPARTMENT OF IMMIGRATION"
69.) The "UNITED STATES DEPARTMENT OF MINERALS"
70.) The "UNITED STATES DEPARTMENT OF NATURAL RESOURCES"
71.) The "UNITED STATES DEPARTMENT OF NATURALIZATION"
72.) The "UNITED STATES DEPARTMENT OF NAVY"
73.) The "UNITED STATES DEPARTMENT OF NUTRITION"
74.) The "UNITED STATES DEPARTMENT OF NATIONAL VISA CENTER"
75.) The "UNITED STATES DEPARTMENT OF NAVY OFFICE OF GENERAL COUNSEL"
76.) The "UNITED STATES DEPARTMENT OF NATIONAL DEFENSE"
77.) The "UNITED STATES DEPARTMENT OF OCCUPATION"
78.) The "UNITED STATES DEPARTMENT OF PUBLIC HEALTH"
79.) The "UNITED STATES DEPARTMENT OF PATENTS"
80.) The "UNITED STATES DEPARTMENT OF PEACE"
81.) The "UNITED STATES DEPARTMENT OF PERSONNEL"
82.) The "UNITED STATES DEPARTMENT OF PRISONS"
83.) The "UNITED STATES DEPARTMENT OF PROBATION"
84.) The "UNITED STATES DEPARTMENT OF PUBLIC SAFETY"
85.) The "UNITED STATES DEPARTMENT OF UNITED STATES PASSPORT SERVICES"
86.) The "UNITED STATES DEPARTMENT OF PARKS AND RECREATION"
87.) The "UNITED STATES DEPARTMENT OF RURAL DEVELOPMENT"

88.) The "UNITED STATES DEPARTMENT OF RECLAMATION"
89.) The "UNITED STATES DEPARTMENT OF RECORDS"
90.) The "UNITED STATES DEPARTMENT OF REAL ESTATE"
91.) The "UNITED STATES DEPARTMENT OF RECREATION"
92.) The "UNITED STATES DEPARTMENT OF REHABILITATION"
93.) The "UNITED STATES DEPARTMENT OF ROADS"
94.) The "UNITED STATES DEPARTMENT OF STATE"
95.) The "UNITED STATES DEPARTMENT OF TRANSPORTATION"
96.) The "UNITED STATES DEPARTMENT OF TRAVEL"
97.) The "UNITED STATES DEPARTMENT OF TOURISM"
98.) The "UNITED STATES DEPARTMENT OF TREASURY"
99.) The "UNITED STATES DEPARTMENT OF TRANSPORTATION FEDERAL HIGHWAY ADMINISTRATION"
100.) The "UNITED STATES DEPARTMENT OF UNEMPLOYMENT"
101.) The "UNITED STATES DEPARTMENT OF URBAN DEVELOPMENT"
102.) The "UNITED STATES DEPARTMENT OF URBAN PLANNING"
103.) The "UNITED STATES DEPARTMENT OF UNEMPLOYMENT"
104.) The "UNITED STATES DEPARTMENT OF VETERANS AFFAIRS"
105.) The "UNITED STATES DEPARTMENT OF VITAL STATISTICS"
106.) The "UNITED STATES DEPARTMENT OF VITAL RECORDS"
107.) The "UNITED STATES DEPARTMENT OF VISA SERVICES"
108.) The "UNITED STATES DEPARTMENT OF WELFARE"
109.) The "UNITED STATES DEPARTMENT OF WAR"
110.) The "UNITED STATES DEPARTMENT OF WATER"
111.) The "CALIFORNIA DEPARTMENT OF WEIGHTS AND MEASURES"
112.) The "CALIFORNIA DEPARTMENT OF AGING"
113.) The "CALIFORNIA DEPARTMENT OF ALCOHOL BEVERAGE CONTROL"
114.) The "CALIFORNIA DEPARTMENT OF APPRAISAL"
115.) The "CALIFORNIA DEPARTMENT OF MENTAL HEALTH"
116.) The "CALIFORNIA DEPARTMENT OF BOARD OF BEHAVIORAL SCIENCES"
117.) The "CALIFORNIA DEPARTMENT OF BANKING"
118.) The "CALIFORNIA DEPARTMENT OF CORRECTIONS"
119.) The "CALIFORNIA DEPARTMENT OF CORPORATIONS"
120.) The "CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS"
121.) The "CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES"
122.) The "CALIFORNIA DEPARTMENT OF CONSERVATION"
123.) The "CALIFORNIA DEPARTMENT OF DISABILITY"
124.) The "CALIFORNIA DEPARTMENT OF DMV"
125.) The "CALIFORNIA DEPARTMENT OF DENTISTRY"
126.) The "CALIFORNIA DEPARTMENT OF DEFENSE"
127.) The "CALIFORNIA DEPARTMENT OF DRIVER SAFETY"
128.) The "CALIFORNIA DEPARTMENT OF DEVELOPMENT"
129.) The "CALIFORNIA DEPARTMENT OF EDUCATION"
130.) The "CALIFORNIA DEPARTMENT OF EMPLOYMENT"
131.) The "CALIFORNIA DEPARTMENT OF ENERGY"
132.) The "CALIFORNIA DEPARTMENT OF ENVIRONMENTAL QUALITY"
133.) The "CALIFORNIA DEPARTMENT OF FISH AND GAME"
134.) The "CALIFORNIA DEPARTMENT OF FORESTRY"
135.) The "CALIFORNIA DEPARTMENT OF FINANCE"
136.) The "CALIFORNIA DEPARTMENT OF FINANCIAL INSTITUTIONS"
137.) The "CALIFORNIA DEPARTMENT OF FISH & GAME"
138.) The "CALIFORNIA DEPARTMENT OF GENERAL SERVICES"
139.) The "CALIFORNIA DEPARTMENT OF GEOLOGY"
140.) The "CALIFORNIA DEPARTMENT OF GAMING"

141.) The "CALIFORNIA DEPARTMENT OF HEALTH"
142.) The "CALIFORNIA DEPARTMENT OF HEALTH SERVICES"
143.) The "CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT"
144.) The "CALIFORNIA DEPARTMENT OF HUMAN RESOURCES"
145.) The "CALIFORNIA DEPARTMENT OF HOMELAND SECURITY"
146.) The "CALIFORNIA DEPARTMENT OF INSURANCE"
147.) The "CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS"
148.) The "CALIFORNIA DEPARTMENT OF JUSTICE"
149.) The "CALIFORNIA DEPARTMENT OF LABOR"
150.) The "CALIFORNIA DEPARTMENT OF LICENSING"
151.) The "CALIFORNIA DEPARTMENT OF LAW ENFORCEMENT"
152.) The "CALIFORNIA DEPARTMENT OF MOTOR VEHICLES"
153.) The "CALIFORNIA DEPARTMENT OF MENTAL HEALTH"
154.) The "CALIFORNIA DEPARTMENT OF NATURAL RESOURCES"
155.) The "CALIFORNIA SECRETARY OF STATE"
156.) The "CALIFORNIA DEPARTMENT OF PUBLIC HEALTH"
157.) The "CALIFORNIA STATE PARKS"
158.) The "CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION"
159.) The "CALIFORNIA DEPARTMENT OF PESTICIDE REGULATION"
160.) The "CALIFORNIA HIGHWAY PATROL"
161.) The "CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION"
162.) The "CALIFORNIA DEPARTMENT OF PUBLIC HEALTH"
163.) The "CALIFORNIA DEPARTMENT OF REAL ESTATE"
164.) The "CALIFORNIA DEPARTMENT OF REVENUE"
165.) The "CALIFORNIA DEPARTMENT OF REHABILITATION"
166.) The "CALIFORNIA DEPARTMENT OF SOCIAL SERVICES"
167.) The "CALIFORNIA DEPARTMENT OF STATE"
168.) The "CALIFORNIA FRANCHISE TAX BOARD"
169.) The "CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL"
170.) The "CALIFORNIA DEPARTMENT OF TOURISM"
171.) The "CALIFORNIA COMMISSION ON TEACHER CREDENTIALING"
172.) The "CALIFORNIA STATE TREASURER"
173.) The "CALIFORNIA DEPARTMENT OF UNEMPLOYMENT"
174.) The "CALIFORNIA STATE CONTROLLERS OFFICE"
175.) The "CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT"
176.) The "CALIFORNIA DEPARTMENT OF VETERAN AFFAIRS"
177.) The "CALIFORNIA DEPARTMENT OF WATER RESOURCES"
178.) The "CALIFORNIA DEPARTMENT OF BOATING AND WATERWAYS"
179.) The "FEDERAL RESERVE, INC."
180.) The "DEPOSITORY TRUST CORPORATION, INC."
181.) The "U.S. SECURITIES AND EXCHANGE COMMISSION, INC."
182.) The "CLERK OF COURTS, STATE OF CALIFORNIA"
183.) The "MAGISTRATES OF COURTS, SAN MATEO COUNTY, CALIFORNIA"
184.) The "JUDGES OF ALL SAN MATEO COUNTY COURTS, SAN MATEO COUNTY, CALIFORNIA"
185.) The "JUDGES OF UNITED STATES COURTS, ALL CALIFORNIA COUNTIES"
186.) The "ATTORNEYS REPRESENTING ALL MATTERS IN THE ISSUE IN SAN MATEO COUNTY, CALIFORNIA"
187.) The "BAILIFFS ASSISITING THE COURTS AND JUDGES IN SAN MATEO COUNTY, CALIFORNIA"
188.) The "GROUP OF OFFICERS AND AGENTS OF THE COURTS OF SAN MATEO COUNTY, CALIFORNIA"
189.) The "SAN MATEO COUNTY SHERIFFS, AND ALL ITS CORPORATE SUBSIDIARIES"
190.) The "COUNTY OF SANTA CLARA, INC."
191.) The "SANTA CLARA COUNTY SUPERIOR COURT, INC"
192.) The "SANTA CLARA COUNTY MUNICIPAL COURT, INC"


193.) The "SANTA CLARA COUNTY PROBATE COURT, INC"
194.) The "MAGISTRATES OF COURTS, SANTA CLARA COUNTY, CALIFORNIA"
195.) The "JUDGES OF ALL SANTA CLARA COUNTY COURTS, SANTA CLARA COUNTY, CALIFORNIA"
196.) The "ATTORNEYS REPRESENTING ALL MATTERS IN THE ISSUE IN SANTA CLARA COUNTY, CALIFORNIA"
197.) The "BAILIFFS ASSISITING THE COURTS AND JUDGES IN SANTA CLARA COUNTY, CALIFORNIA"
198.) The "GROUP OF OFFICERS AND AGENTS OF THE COURTS OF SANTA CLARA COUNTY, CALIFORNIA"
199.) The "SANTA CLARA COUNTY SHERIFFS, AND ALL ITS CORPORATE SUBSIDIARIES"

IT IS DECLARED, that I, Seth Cameron [house of Sundberg ] also **revoke, extinguish, cancel, abrogate, obliterate annul, release, dissolve, and rescind any and all PRE-EXISTING implied Powers of Attorney**, known and unknown, expressed or implied, through any and all pre-existing contractual obligations, known and unknown with the so named entities listed below:

Agents of the CROWN OF ENGLAND, supervisors, heirs, agents and assigns,
Agents of the UNITED NATIONS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES OF AMERICA, supervisors, heirs, agents and assigns,
Agents of the USA, supervisors, heirs, agents and assigns,
Agents of the TREASURY OF THE UNITED STATES, supervisors, heirs, agents and assigns,
Agents of the FEDERAL RESERVE, supervisors, heirs, agents and assigns,
Agents of the BUREAU OF ALCHOHOL, TOBACCO AND FIREARMS, supervisors, heirs, agents and assigns,
Agents of the INTERNAL REVENUE SERVICE, supervisors, heirs, agents and assigns,
Agents of the BUREAU OF PUBLIC DEBT, supervisors, heirs, agents and assigns,
Agents of the NATIONAL INSTITUTE OF HEALTH, supervisors, heirs, agents and assigns,
Agents of the FEDERAL EMERGENCY MANAGEMENT AGENCY, supervisors, heirs, agents and assigns,
Agents of the U.S. SECURITIES AND EXCHANGE COMMISSION, supervisors, heirs, agents and assigns,
Agents of all LAW ENFORCEMENT AGENCIES, supervisors, heirs, agents and assigns,
Agents of the FEDERAL BUREAU OF INVESTIGATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES POSTAL SERVICE, supervisors, heirs, agents and assigns,
Agents of the FEDERAL BUREAU OF PRISONS, supervisors, heirs, agents and assigns,
Agents of the STATE OF CALIFORNIA, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF REVENUE, supervisors, heirs, agents and assigns,
Agents of the JESUITS, supervisors, heirs, agents and assigns,
Agents of the MASONIC LODGE, supervisors, heirs, agents and assigns,
Agents of the AMERICAN BANKING ASSOCIATION, supervisors, heirs, agents and assigns,
Agents of the AMERICAN BAR ASSOCIATION, supervisors, heirs, agents and assigns,
Agents of the AMERICAN BOND ASSOCIATION, supervisors, heirs, agents and assigns,
Agents of the INTERNATIONAL BAR ASSOCIATION, supervisors, heirs, agents, and assigns,
Agents of the INTERNATIONAL MONETARY FUND, supervisors, heirs, agents, and assigns,
Agents of the UNITED STATES DEPARTMENT OF JUSTICE, supervisors, heirs, agents, and assigns,
Agents of the BANK OF INTERNATIONAL SETTLEMENTS, supervisors, heirs, agents, and assigns,
Agents of the UNITED STATES DEPARTMENT OF COMMERCE, supervisors, heirs, agents, and assigns,
Agents of the INTERNATIONAL CRIMINAL POLICE ORGANIZATION-INTERPOL, supervisors, heirs, agents, and assigns,
Agents of the CALIFORNIA BAR ASSOCIATION, supervisors, heirs, agents and assigns,
Agents of the IMMIGRATION AND NATURALIZATION SERVICE, supervisors, heirs, agents and assigns,
Agents of the DEPARTMENT OF HOMELAND SECURITY, supervisors, heirs, agents and assigns,
Agents acting as any county CORPORATE GOVERNMENTS, supervisors, heirs, agents and assigns,
Agents acting as any MUNICIPALITY CORPORATE GOVERNMENTS, supervisors, heirs, agents and assigns,


Agents acting as any CORPORATE HOSPITAL DISTRICTS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF ADMINISTRATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF AGING, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF AGRICULTURE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF BANKING, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF BUSINESS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF BUDGET, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF BORDER CONTROL, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF HOMELAND SECURITY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF BANKRUPTCY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF BANKING AND INSURANCE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF BHANGRA, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF CORRECTIONS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF CUSTOMS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF CONSUMER AFFAIRS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF COMMERCE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF DEFENSE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF ENERGY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF EDUCATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF FORESTRY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF FISH AND WILDLIFE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF FOREIGN AFFAIRS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF FINANCE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF FOOD AND DRUG ADMINISTRATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF FOREIGN SERVICE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF FEDERAL STUDENT AIDE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF GRANTS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF GOVERNMENT, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF GENERAL SERVICES, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF HIGHWAYS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF HIGHWAY SAFETY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF IMMIGRATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF INTERIOR, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF INSURANCE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF INTERNAL AFFAIRS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF THE INTERIOR, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF INDIAN AFFAIRS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF INTERIOR BUREAU OF LAND MANAGEMENT, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF INTERIOR GEOLOGICAL SURVEY, supervisors, heirs,

agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF INTERNAL FISH AND WILDLIFE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF JUSTICE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MOTOR VEHICLES, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MENTAL HEALTH, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MINES, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MINT, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MILITARY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MILITARY AFFAIRS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MEDICARE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MANAGEMENT AND BUDGET, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF IMMIGRATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF MINERALS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF NATURAL RESOURCES, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF NATURALIZATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF NAVY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF NUTRITION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF NATIONAL VISA CENTER, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF NAVY OFFICE OF GENERAL COUNSEL, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF NATIONAL DEFENSE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF OCCUPATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF PUBLIC HEALTH, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF PATENTS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF PEACE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF PERSONNEL, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF PRISONS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF PROBATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF PUBLIC SAFETY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF UNITED STATES PASSPORT SERVICES, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF PARKS AND RECREATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF RURAL DEVELOPMENT, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF RECLAMATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF RECORDS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF REAL ESTATE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF RECREATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF REHABILITATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF ROADS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF STATE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF TRANSPORTATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF TRAVEL, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF TOURISM, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF TREASURY, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF TRANSPORTATION FEDERAL HIGHWAY ADMINISTRATION, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF UNEMPLOYMENT, supervisors, heirs, agents and assigns,

Agents of the UNITED STATES DEPARTMENT OF URBAN DEVELOPMENT, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF URBAN PLANNING, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF UNEMPLOYMENT, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF VITAL STATISTICS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF VITAL RECORDS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF VISA SERVICES, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF WELFARE, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF WAR, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DEPARTMENT OF WATER, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF WEIGHTS AND MEASURES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF AGING, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF ALCOHOL BEVERAGE CONTROL, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF APPRAISAL, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF MENTAL HEALTH, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF BOARD OF BEHAVIORAL SCIENCES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF BANKING, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF CORRECTIONS, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF CORPORATIONS, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF CONSERVATION, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF DISABILITY, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF DMV, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF DENTISTRY, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF DEFENSE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF DRIVER SAFETY, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF DEVELOPMENT, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF EDUCATION, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF EMPLOYMENT, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF ENERGY, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF ENVIRONMENTAL QUALITY, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF FISH AND GAME, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF FORESTRY, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF FINANCE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF FINANCIAL INSTITUTIONS, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF FISH & GAME, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF GENERAL SERVICES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF GEOLOGY, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF GAMING, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF HEALTH, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF HEALTH SERVICES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF HUMAN RESOURCES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF HOMELAND SECURITY, supervisors, heirs, agents and assigns,

Agents of the CALIFORNIA DEPARTMENT OF INSURANCE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF JUSTICE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF LABOR, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF LICENSING, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF LAW ENFORCEMENT, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF MENTAL HEALTH, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF NATURAL RESOURCES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA SECRETARY OF STATE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA STATE PARKS, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF PERSONNEL ADMINISTRATION, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF PESTICIDE REGULATION, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA HIGHWAY PATROL, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF REAL ESTATE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF REVENUE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF REHABILITATION, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF STATE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA FRANCHISE TAX BOARD, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF TOURISM, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA COMMISSION ON TEACHER CREDENTIALING, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA STATE TREASURER, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF UNEMPLOYMENT, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA STATE CONTROLLERS OFFICE, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF VETERAN AFFAIRS, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF WATER RESOURCES, supervisors, heirs, agents and assigns,
Agents of the CALIFORNIA DEPARTMENT OF BOATING AND WATERWAYS, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DISTRICT COURT, supervisors, heirs, agents and assigns,
Agents of the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION, supervisors, heirs, agents and
Agents of the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION, supervisors, heirs, agents and
Agents acting for the interlocking equity ties and/or interlocking directorates of the above listed entities.


IT IS DECLARED, that these Entities are forever barred from exercising any and all Powers of Attorney without consent including, but not limited to, incarceration, sales of securities, confiscation of property, to inflict harm upon, to obstruct true justice, to tamper with integrity, creations of any corporate or trust agreements for reasons of "justice" or commerce, court cases, from use of the Doctrine of Cy Pres or the use of the Doctrine of Parens



Patriae in any matter, and to enter into any and all other contractual obligations without consent.

**Grantor hereby declares the above so-named Agents as Incompetent and Grantor presently and permanently revokes their POWERS OF ATTORNEY for representing or making a legal determination for Grantor in any of Grantor's affairs.**

IT IS DECLARED that Grantor hereby **revokes, extinguishes, obliterates, cancels, abrogates, annuls, releases, dissolves, and rescinds any and all Powers of Attorney over Grantor, whether expressed or implied, known or unknown, relating to the** implied trust commonly known as case # 09-00928-JF, 09-CV-04085MHP, CR 09-70796RS , created through UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION, securitized by debt and private equity instrument(s) as evidenced by CUSIP numbers 315912105 of Fund FTHRX (Fidelity Intermediate Bond Fund); CUSIP # 316345206 FBALX (Fidelity Balanced Fund) Fund #304; 316390830 FSTCX (Fidelity Select Telecommunications Portfolio) Fund #96.

IT IS DECLARED that any warrant, bill, contract, financial obligation, order, security or other negotiable instrument or action against Grantor and for any cause, contract or matter and from anyone other than Grantor and signed by any man or woman or agent or signed for any man or woman or agent and other than Grantor where said NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY is made public and into this matter and for all matters and causes related to Grantor, is noticed as fraudulent and criminal and is extinguished, canceled and made null and void and by this NOTICE AND DECLARATION and where all subsequent attempts to contract Grantor without consideration of Grantor's right to refuse to contract is without full disclosure nor just compensation and where any copy of alleged "WARRANT" or "SUMMONS" or "ORDER" or "INVOICE" or "BILL" or "STATEMENT" or "DEBT" and mailed to Grantor is evidence of fraud. All assumed facts which are not in evidence in the official record and in this, or any, matter to include any bond or negotiable instrument created as a result of any adhesion contract from any Powers of Attorney with Grantor and for the profit of anyone other than Grantor and without compensation to Grantor, nor full disclosure of said profit.

IT IS DECLARED that these said and named sole and aggregate corporations, agents and agencies and subsidiaries and employees and all derivatives of their names, thereof, are noticed specifically of this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY AND RESCISSION OF SIGNATURE and by actions and by public notice of fraudulent obligation.

IT IS DECLARED that any attempts by any man or woman or agents thereof, to transmit fraudulent documents to Grantor via U.S. Mail, or by any other means, will be treated as proof of predicate acts to racketeering and conspiracy to engage in a pattern of racketeering activity, in violation of the federal RICO laws at 18 U.S.C. 1961 et seq. ("RICO" is the accepted legal acronym for the Racketeer-Influenced and Corrupt Organizations Act.) Mail fraud is a RICO predicate act. See 18 U.S.C. 1961(1)(B).

IT IS DECLARED that private power of attorney agreement(s) granted to attorney-in-fact(s), and from Grantor, is noticed publicly that dishonor of this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY and by force, duress, or any other fraudulent act in the coercion to contract Grantor to any foreign jurisdiction and agents thereof, and without warrant or other negotiable instrument issued by any corporate representative acting in judgment of Grantor and without Grantor's consent to agree to the conspiracy of, or the engagement of, any act to kidnap, extort, racketeer, and require subservience of Grantor by color of law resulting in the loss of freedom, liberty and the substance of Grantor, is subject to affidavit of criminal complaint filed publicly and served by Article III court declaration and immediately and against any said perpetrator(s) engaging said acts with the intent to harm Grantor.

**NOTICE AND DECLARATION OF RESCISSION OF SIGNATURE**

IT IS DECLARED that Grantor hereby **revokes, extinguishes, obliterates, cancels, abrogates, annuls, releases, dissolves, and rescinds any and all versions of Grantor's signature, autograph, seal or inscription relating to the** implied trust commonly known as case # 09-00928-JF, 09-CV-04085MHP, CR 09-

5573537844

70796RS , created through UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION, in conjunction with case number 09-00928-JF, 09-CV-04085MHP, CR 09-70796RS, securitized by debt and private equity instrument as evidenced by CUSIP numbers 315912105 of Fund FTHRX (Fidelity Intermediate Bond Fund); CUSIP # 316345206 FBALX (Fidelity Balanced Fund) Fund #304; 316390830 FSTCX (Fidelity Select Telecommunications Portfolio) Fund #96.

IT IS FURTHER DECLARED, that due to the discovery of various elements of fraud, fraudulent inducement, fraudulent misrepresentation, entrapment, and nondisclosure by any and all Agents and Entities listed above, or by any of its agents and/or assignees and, Grantor does hereby refuse to knowingly accept, or otherwise participate in ANY part of fraud and other wrongful actions involving the purported court case commonly know as UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION, Case # 09-00928-JF, 09-CV-04085MHP, CR 09-70796RS , and further Grantor does hereby revoke, rescind, and terminate all of the signatures relating to any/all said documents and other concurrent agreements from their inception. This shall include but is not limited to any court communications, statements, appearances, motions, judgments, decrees, filings, with the express exclusion of **this** Declaration and any other supporting Declarations that shall originate from Grantor.

**NOTICE TO CEASE AND DESIST**

WHEREFORE this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY, NOTICE OF RESCISSION OF SIGNATURE AND NOTICE TO CEASE AND DESIST declares Grantor's right to refuse to contract and declares Grantor's refusal of contract for, in and of, this cause and by this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY, NOTICE OF RESCISSION OF SIGNATURE AND NOTICE TO CEASE AND DESIST and with all reservation of rights and for this corporate administrator.

THEREFORE, Grantor declares this NOTICE TO CEASE AND DESIST by reservation of all rights and by Grantor's autograph of this declaration and by NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY made public in said cause and of any public notice of fraudulent obligation, attempt, force, harassment, conspiracy, and by any means to include mail or personal appearance and by any agent or representative acting in collusion and by conspiracy, and without loss of personal quality of life or interruption of any contracted service or standard conductive to any comfort of living of Grantor or Grantor's heirs and assigns as is afforded to said corporations taking comfort in provisions from fraudulent contracts by Grantor's signature and seal without Grantor's benefit, and on behalf of said corporations or by said corporations or by any subsidiary, agent, employee or representative of the corporations of the "COUNTY OF SAN MATEO, INC." and the "COUNTY OF SANTA CLARA, INC." and the "STATE OF CALIFORNIA, INC." and the "UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION" and the "INTERNAL REVENUE SERVICE" or the "CALIFORNIA DEPARTMENT OF REVENUE" acting in any statutory or corporate administrative capacity, thereof, and considered liable in both a corporate and personal capacity, to engage Grantor in any contract, cause or matter by the voiding of consent of Grantor forevermore.

Notice-witness of this NOTICE AND DECLARATION OF REVOCATION OF POWER OF ATTORNEY, NOTICE OF RESCISSION OF SIGNATURE AND NOTICE TO CEASE AND DESIST does not constitute consent to any adhesion contracts for the corporations of the "COUNTY OF SAN MATEO, INC." and the "COUNTY OF SANTA CLARA, INC." or the "STATE OF CALIFORNIA, INC." or the "UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION" or the "INTERNAL REVENUE SERVICE" or the "CALIFORNIA DEPARTMENT OF REVENUE" and all subsidiaries thereof, where all matter is publicly declared under the jurisdiction of the common law.

5575378447

Grantor is a son of Elohim, YHWH, a JOINT-HEIR with YASHUA [stamp] world as JESUS THE CHRIST, and Grantor is DEBT-FREE by the PAYMENT of HIS BLOOD.

In the common law and for the record.

By: by Raquel Williams attorney in Fact
Certification Mark by: Seth Cameron [house of Sundberg], Grantor, with all rights reserved, for Attorney-in-Fact, Secured Party, for SETH C. SUNDBERG, or Seth C, Sundberg , Plenipotentiary

JURAT/ACKNOWLEDGMENT

California state )
San Mateo county ) ss
)

On this day and date of Thursday, December 31, 2009 A.D., Seth Cameron [Sundberg ], Grantor, did personally appear before me, is known to be the natural living-man of the soil, operating in the requisite capacity for signature described herein, who executed the foregoing, acknowledged the contents thereof; and executed the same as her free act and deed. Subscribed and agreed to before the undersigned.

Sara E Haller, Notary Public
Witness #1 Signature

Sara E. Haller
Witness #1 Print name

East Palo Alto, CA
Witness #1, City, State

Andrea S White
Witness #2 Signature

Andrea S. White
Witness #2 Print name

Palo Alto, CA
Witness #2 City, State

[signature]
Witness #3 Signature

Adam White
Witness #3 Print name

Palo Alto, Ca
Witness #3 City, State

SARA E. HALLER
COMM. # 1747781
NOTARY PUBLIC-CALIFORNIA
COUNTY OF SAN MATEO
MY COMM. EXP. MAY 28, 2011