Seth Cameron Sundberg
c/o 870 Sunset Drive
San Carlos, California [94044]

# NOTICE



## OF FAULT-OPPORTUNITY TO CURE

Notice to the Agent is Notice to the Principal
Notice to the Principal is Notice to the Agent
(Applicable to all Successors and Assigns)

### "FINAL EXPRESSION IN A RECORD"

Date:   February 08, 2010 Nunc pro tunc

To:   Chief Financial Officer
      UNITED STATES DISTRICT COURT OF CALIFORNIA
      NORTHERN DIVISION SAN JOSE
      280 South First Street
      San Jose, California 95113

Re:   **NOTICE OF FAULT-OPPORTUNITY TO CURE**   (Case # CR09-00928JF)

Dear Chief Financial Officer:

   **NOTICE** is hereby given that it appears that you may have either mistakenly, inadvertently, or by oversight have yet to ledger the funding regarding the above-referred matters.
   On or about January 8, 2010 a Disposition Hearing was held wherein the Undersigned was presented the original Indictment for inspection to enface the Undersigned's Bankers Acceptance i.e. signature of the Undersigned as Authorized Representative for the Secured Party Creditor over the Defendant to setoff, settle, close, and discharge all liabilities of the Defendant herein.
   As the Chief Financial Officer of the UNITED STATES DISTRICT COURT OF CALIFORNIA, NORTHERN DIVISION SAN JOSE is it not your job in order to collect the funding in regards to the disposition of these cases. As such, at this time I have no indication that you have collected the funds, ledgered the funds for this account for setoff, settlement, and closure or informed either the court or the Undersigned of this ledgering. Failure to collect and ledger these funds and to inform the court and the Undersigned constitutes a fault with regard to the Undersigned's Banker's Acceptance and duties placed upon you as the Chief Financial Officer of this court. I am now giving you NOTICE of fault in regard to the above failure to ledger the account.

Failure to cure your fault shall constitute, as an operation of law, the FINAL admission of the facts that there is nothing wrong/improper with my tender offer (Bankers Acceptance enfaced on the original Indictment). Your failure to cure will constitute a stipulation that the consideration tendered by the undersigned to discharge the court accounting by setoff, settlement, and closure was proper and sufficient as to the form (as to the way the consideration was tendered to you), or to the substance of the consideration tendered for collection of the funds in the background, or to the amount of consideration to completely discharge the account(s). If you fail to setoff, settle, and close this matter within ten (10) days of the receipt of this notice or fail to respond in writing to this **NOTICE OF FAULT- OPPRTUNITY TO CURE** (hereinafter NOF/OTC) to correct by counterclaim as to why there is a problem, then you are consenting to the issuance of a CERTIFICATE OF PROTEST (hereinafter COP) in this matter. Your failure to timely respond to this NOF/OTC will be a further stipulation by you that the COP can be used as a valid and legal receipt, under the rules of evidence, in any civil or criminal proceeding, judicial or administrative, as evidence that the undersigned has met all legal and commercial obligations in behalf of the defendant's obligation in Case # CR09-00928JF, in UNITED STATES DISTRICT COURT OF CALIFORNIA, NORTHERN DIVISION SAN JOSE, to setoff, settle, close, and discharge all public and private obligations set forth therein, and is entitled to the issuance by the court therein an ORDER of discharge of all the defendant's liabilities and obligations therein.

_____
Authorized Representative

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

CHIEF FINANCIAL OFFICER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
C/O 280 SOUTH 1ST STREET
SAN JOSE CALIFORNIA, 95113
**Certified Mail # 7009 0820 0001 5493 7920**

JEREMY FOGEL, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
C/O 280 SOUTH 1ST STREET
SAN JOSE CALIFORNIA, 95113
**Certified Mail # 7009 0820 0001 5493 7833**

JEFFERY B. SCHENK
PROSECUTOR
C/O 150 S. ALMADEN, 9TH FLOOR
SAN JOSE, CALIFORNIA 95113
**Certified Mail # 7009 0820 0001 5493 7890**

MR RICHARD WIEKING
US CLERK OF COURT
C/O 280 SOUTH 1ST STREET
SAN JOSE, CALIFORNIA 95113
**Certified Mail # 7009 0820 0001 5493 7906**

BENJAMIN FLORES
US PROBATION OFFICER
C/O 280 S FIRST STREET, STE 106
SAN JOSE, CALIFORNIA, 95113
**Certified Mail # 7009 0820 0001 5493 7913**

Hereinafter, "Recipients," the documents and sundry papers pertaining to a certain Case No. CR-09-00928-JF-PVT regarding SETH CAMERON SUNDBERG as follows:

1. NOTICE **OF FAULT – OPPORTUNITY TO CURE**
   Signed original provided to Judge Jeremy Fogel. Copies provided to the other parties (2 pages).

2. Notary Certificate of Service
   Signed original provided to Judge Jeremy Fogel. Copies provided to the other parties.    (2 pages )

A total of four (4) pages X four ( 5 ),

by **Certified Mail numbers noted above,** Return Receipt attached, by placing same in a postpaid envelope properly addressed to Recipients at the said addresses and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Office within the State of California.

1

_Sara E. Haller_   April 23, 2010
NOTARY PUBLIC   Notary Public   DATE      (Seal)

Sara E. Haller, Notary Public
1524 San Carlos Ave #3
San Carlos, California 94070
My Commission expires: May 28, 2011



2



Sara Haller
1524 San Carlos ave #3
San Carlos, Ca 94070

RETURN RECEIPT REQUESTED

7009 0820 0001 5493 7906

Mr. Richard Wieking
US Clerk of Court
United States District Court
Northern District of California
c/o 280 South First Street
San Jose, California, 95113

CERTIFIED MAIL

UNITED STATES POSTAL SERVICE

1000

95113

U.S. POSTAGE
PAID
BELMONT, CA
94002
APR 23, 10
AMOUNT
$5.71
0002907209