# NOTICE OF PROTEST

STATE OF California COUNTY OF Santa Clara SS

**PRESENTMENT** Be it known, that, the person signing below, a duly empowered Notary Public, at the request of Seth Cameron Sundberg (Creditor) In care of 870 Sunset Drive San Carlos, California 94070 (Address) did duly present on January 8,2010 the Original Indictment Charging Instrument enfaced with the Bankers Acceptance Signature US District Court, Northern District Of California (San Jose), Case # CR-00928-JF-1 dated September 23,2009 to Chief Financial Officer, Of United States District Court Northern District Of California San Jose Division signed by Seth Cameron Sundberg requesting Post payment of Said Banker's Acceptance to setoff, settle & close Case# CR-00928-JF-1, the time limit having elapsed for acceptance thereof and providing clarification of settlement and closure, which was refused.

**CERTIFICATION** Whereupon, the Notary Public signing below, for the reason Chief Financial Officer Of US District Court, Northern District of CA, San Jose Division Failure to Post the Payment or Respond with a Counterclaim, does publicly and solemnly certify the dishonor as against all parties it may concern for liability equivalent to the face value of the instrument, and all costs, damages and interest incurred, or hereafter incurred, by reason of nonperformance thereof and **stipulations therein**.

**NOTICE** The undersigned Notary Public, certifies that on MAY 4, 2010 Notice(s) of Protest were sent to the parties noted below by depositing in a depository of the United States Postal Service within the State indicated herein a sealed envelope containing said Notices(s) directed to the respective persons at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| Chief Financial Officer Of United States District Court Northern District Of California, San Jose Division | 280 South First Street San Jose, California 95113 |

| AMOUNT | | |
|---|---|---|
| INTEREST | | |
| NOTICES | | |
| POSTAGE | | |
| PROTEST | | |
| TOTAL* | | |

*TOTAL is defined as the value of the referenced account.

RECEIVED
MAY 6 - 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
MAY - 6 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NC

* Total amount is defined as the amount required to pay all bid, performance, payment, appearance, indemnity, AUTOTRIS, CUSIP and other bonds, securities, insurance, reinsurance and instruments of liability issued, called, cancelled and outstanding regarding the above-noted Matter, and any other related actions, judicial or administrative, real or imagined and **INDEMNIFIES SAID PARTIES UP TO THE VALUE SPECIFIED HEREIN AGAINST ALL CLAIMS, DEBTS AND LIABILITIES INCURRED.**

**TESTIMONY** In testimony of the above, I have signed my name and attached my official seal

Sara E. Haller

Notary Public (Seal)

SARA E. HALLER
COMM. # 1747781
NOTARY PUBLIC - CALIFORNIA
COUNTY OF SAN MATEO
MY COMM. EXP. MAY 28, 2011

c /o Sara E. Haller, Notary public
1524 San Carlos Ave. #3
San Carlos, California [94070]

My Commission Expires May 28th 2011

Date: May 4th 2010

# CERTIFICATE OF PROTEST

STATE OF California COUNTY OF Santa Clara SS

**PRESENTMENT** Be it known, that, the person signing below, a duly empowered Notary Public, at the request of Seth Cameron Sundberg (Creditor) In care of 870 Sunset Drive San Carlos, California 94070 (Address) did duly present on January 8, 2010 the Original Indictment Charging Instrument enfaced with the Bankers Acceptance Signature US District Court, Northern District Of California (San Jose), Case # CR-00928-JF-1 dated September 23, 2009 to Chief Financial Officer, Of United States District Court Northern District Of California San Jose Division

signed by Seth Cameron Sundberg requesting Post payment of said Banker's Acceptance to setoff, settle & close Case# CR-00928-JF-1, the time limit having elapsed for acceptance thereof and providing clarification of settlement and closure, which was refused.

**CERTIFICATION** Whereupon, the Notary Public signing below, for the reason **Chief Financial Officer of the US District Court, Northern District of CA, San Jose Division Failure to Post the Payment or Respond with a Counterclaim there to**, does publicly and solemnly certify the dishonor as against all parties it may concern for liability equivalent to the face value of the instrument, and all costs, damages and interest incurred, or hereafter incurred, by reason of nonperformance thereof and **stipulations therein**.

**NOTICE** The undersigned Notary Public, certifies that on May 4, 2010 Certificate of Protest was sent to the party noted below by depositing in a depository of the United States Postal Service within the State indicated herein a sealed envelope containing said Certificate directed to the respective persons at the last known corresponding address noted below:

| NAME | ADDRESS |
|---|---|
| Seth Cameron Sundberg | 870 Sunset Drive San Carlos, California 94070 |

AMOUNT

INTEREST

NOTICES

POSTAGE

PROTEST

TOTAL*

* Unless entered TOTAL is defined as the value of the referenced account.

RECEIVED MAY 6 - 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

FILED MAY - 6 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

* Total amount is defined as the amount required to pay all bid, performance, payment, appearance, indemnity, AUTOTRIS, CUSIP and other bonds, securities, insurance, reinsurance and instruments of liability issued, called, cancelled and outstanding regarding the above-noted Matter, and any other related actions, judicial or administrative, real or imagined and **INDEMNIFIES SAID PARTIES UP TO THE VALUE SPECIFIED HEREIN AGAINST ALL CLAIMS, DEBTS AND LIABILITIES INCURRED.**

**TESTIMONY** In testimony of the above, I have signed my name and attached my official seal

Sara E Haller

Notary Public (Seal)

SARA E. HALLER
COMM. # 1747781
NOTARY PUBLIC-CALIFORNIA
COUNTY OF SAN MATEO
MY COMM. EXP. MAY 28, 2011

c/o Sara E. Haller, Notary public
1524 San Carlos Ave. #3
San Carlos, California [94070]

My Commission Expires May 28th 2011

Date: May 4th 2010

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

FILED
MAY - 6 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CHIEF FINANCIAL OFFICER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
C/O 280 SOUTH 1ST STREET
SAN JOSE CALIFORNIA, 95113
**Certified Mail # 7009 0820 0001 5493 7937**

JEREMY FOGEL, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
C/O 280 SOUTH 1ST STREET
SAN JOSE CALIFORNIA, 95113
**Registered Mail # RA 462 852 622 US**

JEFFERY B. SCHENK
PROSECUTOR
C/O 150 S. ALMADEN, 9TH FLOOR
SAN JOSE, CALIFORNIA 95113
**Certified Mail # 7009 0820 0001 5493 7951**

MR RICHARD WIEKING
US CLERK OF COURT
C/O 280 SOUTH 1ST STREET
SAN JOSE, CALIFORNIA 95113
**Certified Mail # 7009 0820 0001 5493 7944**

BENJAMIN FLORES
US PROBATION OFFICER
C/O 280 S FIRST STREET, STE 106
SAN JOSE, CALIFORNIA, 95113
**Certified Mail # 7009 0820 0001 5493 7968**

Hereinafter, "Recipients," the documents and sundry papers pertaining to a certain Case No. CR-09-00928-JF-PVT regarding SETH CAMERON SUNDBERG as follows:

1. NOTICE **Of PROTEST**
   Signed original provided to Judge Jeremy Fogel. Copies provided to the other parties (1 page).

2. CERTIFICATE OF PROTEST
   Signed original provided to Judge Jeremy Fogel. Copies provided to the other parties (1 page)

2. Notary Certificate of Service
   Signed original provided to Judge Jeremy Fogel. Copies provided to the other parties. (2 pages )

A total of four (4) pages X four ( 5 ),

by **Certified and registered Mail numbers noted above,** Return Receipt attached, by placing same in a postpaid envelope properly addressed to Recipients at the said addresses and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Office within the State of California.

Sara E Haller
NOTARY PUBLIC

May 4, 2010
DATE

(Seal) 

Sara E. Haller, Notary Public
1524 San Carlos Ave #3
San Carlos, California 94070
My Commission expires: May 28, 2011

Sara Haller
524 San Carlos Ave #3
San Carlos, CA 94070

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL™

7009 0820 0001 5493 7944

UNITED STATES POSTAL SERVICE

1000

95113

U.S. POSTAGE
PAID
SAN FRANCISCO,CA
94128
MAY 04, 10
AMOUNT
$5.54
00024528-03

Mr. Richard Wieking
US Clerk of Court
C/o 280 South 1st Street
San Jose CA 95113

RETURN RECEIPT
REQUESTED