Seth Cameron [*house of Sundberg*]
c/o Sara Haller, Notary Public acceptor
1524 San Carlos Avenue # 3
San Carlos California  94070



FILED
MAY 7 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 09-00928-1 JF |
| ) | |
| and ) | |
| ) | NOTICE CONDITIONAL ACCEPTANCE OF ATTORNEY APPOINTMENT |
| SETH SUNDBERG, ) | |

RECEIVED
MAY 7 - 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOTICE IS HEREBY GIVEN of "NOTICE OF CONDITIONAL ACCEPTANCE

OF ATTORNEY". See attached Exhibit A.

Dated this 5th day of May 2010.

_____
Authorized Representative

Seth Cameron Sundberg, Authorized Representative
c/o Sara Haller, Notary Public
1524 San Carlos Avenue # 3
San Carlos, California [94070]
Certified Mail # 7009 0820 0001 5493 7975

## NOTICE CONDITIONAL ACCEPTANCE

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
(Applicable to all Successors and Assigns)

Date:   May 01, 2010       12/06/2009
                           Nunc pro tunc

To:     RICHARD W. WIEKING
        CLERK U.S. DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA

Re:     APPOINTMENT OF ATTORNEY       12/04/2009
                                      Nunc Pro Tunc

NOTICE IS HEREBY GIVEN that Seth Cameron Sundberg, hereinafter "Authorized Representative" of the Surety for SETH SUNDBERG, hereinafter "Defendant", named in this process conditionally accepts this Court's offer of "APPOINTMENT OF ATTORNEY" on condition that:

1.) The attorney accept private asset compensation payment; and

2.) The attorney will not dispute any of the facts in any public pleadings; and

3.) The attorney assist the Undersigned by bringing a RECORD of setoff, settlement, and closure of the Defendant's Private Administrative Process to the court for private negotiation for setoff, settlement, and closure and for an ORDER, JUDGMENT, and DECREE in case # CR09-00928JF, UNITED STATES DISTRICT COURT OF CALIFORNIA discharging all public liabilities therein and releasing all liens, levies, and attachments on any collateral belonging to the defendant SETH SUNDBERG.

4.) The attorney shall not prejudice the capacity of the Defendant to setoff, settle, and close the case by the use of the consideration setforth in the RECORD.

_____
Authorized Representative

# EXHIBIT A

**CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| CAN | SUNDBERG, SETH | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS. DKT./DEF. NUMBER | 6. OTHER DKT NUMBER |
|---|---|---|---|
| | CR-09-00928-JF/PVT | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| UNITED STATES v. SETH SUNDBERG | ☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☒ Other<br>☐ Appeal   Consultation | ☒ Adult Defendant ☐ Appelee<br>☐ Juvenile Defendant ☐ Other<br>☐ Appellant | OT |

11. OFFENSE(S) CHARGED ( Cite U. S. Code, Title & Section ) If more than one offense, list (up to five) major offenses charged, according to severity of offense

12. ATTORNEY'S NAME (First Name, M. I.., Last Name, including any suffix), AND MAILING ADDRESS

DANIEL L. BARTON
600 UNIVERSITY AVENUE
PALO ALTO CA 94301

Telephone Number   650-326-2980

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions,

**FILED**
APR 2 8 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

13. COURT ORDER
☒ O Appointing Counsel    ☐ C Co-counsel
☐ F Subs For Federal Defender   ☐ R Sub for Retained Atty.
☐ P Subs for Panel Attorney    ☐ Y Standby Counsel
Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that be or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interest of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions) Advice Re Self-representation.

Mag. Judge Trumbull  *Patricia V. Trumbull*
Signature Of Presiding Judicial Officer or By Order Of The Court
4/23/10                         12/4/2009
Date Of Order                   Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| CATEGORIES (attached itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. In Court a. Arraignment And/or Plea | | | | | |
| b. Bail And Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify On Additional Sheets) | | | | | |
| (RATE PER HOUR = ) TOTALS: | | | | | |
| 16. Out Of Court a. Interview and conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = ) TOTALS: | | | | | |
| 17. Travel Expenses (Lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM: _____   TO: _____ | | |

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the court, have you, or to your knowlege has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements..

Signature Of Attorney _____                                Date _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28A. JUDGE/MAG CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34A. JUDGE CODE |

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

Daniel L Barton
**600 University Avenue**
**Palo Alto CA 94301**
**Certified Mail # 7009 0820 0001 5493 7975**

JEFFERY B. SCHENK
PROSECUTOR
C/O 150 S. ALMADEN, 9TH FLOOR
SAN JOSE, CALIFORNIA 95113
**Certified Mail # 7009 0820 0001 5493 7999**

MR RICHARD WIEKING
US CLERK OF COURT
C/O 280 SOUTH 1ST STREET
SAN JOSE, CALIFORNIA 95113
**Certified Mail # 7009 0820 0001 5493 7982**

BENJAMIN FLORES
US PROBATION OFFICER
C/O 280 S FIRST STREET, STE 106
SAN JOSE, CALIFORNIA, 95113
**Certified Mail # 7009 0820 0001 5493 8002**

Hereinafter, "Recipients," the documents and sundry papers pertaining to a certain Case No. CR-09-00928-JF-PVT regarding SETH CAMERON SUNDBERG as follows:

1. NOTICE **CONDITIONAL ACCEPTANCE**
Signed original provided to MR RICHARD WIEKING US CLERK OF COURT. Copies provided to the other parties     (2 pages).

2. COPY – ATTORNEY APPOINTMENT
Signed original provided to MR RICHARD WIEKING US CLERK OF COURT. Copies provided to the other parties     (1 page).

3. NOTARY CERTIFICATE OF SERVICE

1

Signed original provided to MR RICHARD WIEKING US CLERK OF COURT.
Copies provided to the other parties    (2 pages).

A total of five (5) pages X four (4),

by **the Certified Mail numbers noted above,** Return Receipt attached, by placing same in a postpaid envelope properly addressed to Recipients at the said addresses and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Office within the State of California.

_Sara E. Haller, Notary Public_  May 5, 2010
NOTARY PUBLIC                DATE                (Seal)



Sara E. Haller, Notary Public
1524 San Carlos Ave #3
San Carlos, California 94070
My Commission expires:  May 28, 2011

2

Sara Haller
1574 San Carlos Ave #3
San Carlos, Ca 94070

**CERTIFIED MAIL**

7009 0820 0001 5493 7982

Mr Richard Wieking
US Clerk Of Court
c/o 280 South 1st Street
San Jose, California 95113



1000
95113



U.S. POSTAGE PAID
SAN FRANCISCO, CA
94128
MAY 05, '10
AMOUNT
$5.74
00093830-11