UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Judgment and Sentencing Hearing, May 20, 2010      Time: 17 mins
**Case Number:** CR-09-00928-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

TITLE:      **UNITED STATES OF AMERICA V. SETH SUNDBERG**

**PLAINTIFF**                                                  **DEFENDANT**

Attorneys Present: Jeff Schenk                    Attorneys Present: Seth Sundberg, Pro se

---

PROCEEDINGS:

Sentencing hearing held. Counsel for plaintiff and defendant are present. The defendant is referred to the Bureau of Prisons for a psychological evaluation. Continued to 7/8/10 at 10:00 a.m. for sentencing.